UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

DARRON MARCELLE, Defendant.

13-cr-00017 (PKC)

**MOTION FOR COMPASSIONATE RELEASE ON BEHALF OF DARRON MARCELLE**

**Preliminary Statement**

Darron Marcelle, through the undersigned, respectfully moves the Court pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) to modify his sentence and immediately release him to home confinement and a period of supervised release. Between the impacts of the COVID-19 pandemic and his efforts at rehabilitation, Mr. Marcelle is a strong candidate for a compassionate release.

By now, as the Court well knows, the state of prisons during the pandemic is virtually inhumane. There is no ability for inmates to socially distance in any meaningful way. Everyday items, like the phone booth and computer spaces, are not cleaned in between uses exposing the inmates to greater chances of infection. When lockdowns come due to an outbreak, inmates are kept in their cells up to 23 hours per day. Often times inmates have to choose between contacting family and attorneys or washing clothes as the resources are limited. Prison life is harder in this day and age than it has been as any time in recent memory.

Admittedly, the issues discussed above relate not just to Mr. Marcelle, but to all inmates. However, he has individual circumstances that make him a candidate worthy of the Courts' consideration. First, Mr. Marcelle has worked very hard at rehabilitation. While incarcerated he has used the time wisely to take college courses and has obtained degrees in individual studies and human services. Second, he has a job waiting for him, as a truck driver, that will ensure that he is active and will reduce the risk that he will fall into old routines. Third, Mr. Marcelle suffers from intermittent bouts of high blood pressure, a condition the CDC advises puts him at greater risk of contracting and having difficulty recovering the COVID-19 virus. Finally, Mr. Marcelle's mother, a recovering drug addict is getting older and he would like to be home to take care of her as much as is possible.

As is discussed in detail below, Mr. Marcelle moves this Court to grant him compassionate release and grant him to home confinement (with the ability to work as a truck driver) or supervised release.

**Procedural History**

On September 6, 2016 the Court sentenced Darron Marcelle to 15 years imprisonment after he entered a guilty plea to one count of conspiracy to violate the federal narcotics laws and one count of possession and discharge of firearms in furtherance of the narcotics conspiracy. This was an extraordinary case before the Honorable Debra Batts. In 2014, the United States Attorney's Office for the Southern District of New York ("USAO"), offered Mr. Marcelle a plea agreement that would have resulted in a statutory mandatory minimum of fifteen years.  The lawyer representing him at the time of that plea offer, passed away while Mr. Marcelle was still considering the plea offer. The Court appointed new counsel, who proved to be less attentive than Mr. Marcelle had hoped. As such, after a period of several months Mr. Marcelle wrote to

Judge Batts seeking new counsel. In or about February 2015, the Court appointed the undersigned to represent Mr. Marcelle. Before the undersigned was appointed, however, the USAO filed a prior felony information against Mr. Marcelle pursuant to 21 U.S.C. S 841.

Shortly after the undersigned's representation began the undersigned contacted the USAO to accept the 15-year plea offer. However, the USAO informed counsel that the offer had expired as of the end of 2014 and that it had already filed a prior felony information, which meant the best deal Mr. Marcelle could get came with a 20-year mandatory minimum. Mr. Marcelle initially accepted the 20-year plea offer. Upon further investigation of the issue, however, counsel learned that the USAO had proffered not that the 15-year offer had expired, but that Mr. Marcelle had rejected the offer. Based on the conflicting facts, Mr. Marcelle informed the Court in a February 2016 motion to withdraw his guilty plea that he was unaware that the 15-year offer had an expiration date and that he never rejected or authorized his counsel to reject the 15-year offer. Judge Batts, after hotly contested briefing, ordered the USAO to withdraw the prior felony information and to re-extend Mr. Marcelle the 15-year offer.

The USAO followed the Court's instructions and, thereafter, Mr. Marcelle entered a guilty plea to counts 1 and 2 of the superseding information and the Court sentenced Mr. Marcelle to the minimum 15 years, including time served. Mr. Marcelle was arrested and incarcerated in January 2013, thus he has served 8 years of a 15 year sentence. Assuming a reduction for "good time" Mr. Marcelle has approximately just under five years left to serve.

While incarcerated in FBC Raybrook, Mr. Marcelle sought compassionate release from the warden. It was denied. He appealed that decision; the appeal was likewise denied. This brings Mr. Marcelle before the Court in the instant filing.

**Argument**

The plain language of § 3582(c) gives the Court the power to adjust a previously sentenced defendant's sentence. "[T]he court . . . may *reduce* the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment), after considering the factors set forth in section 3553(a) to the extent that they are applicable . . . ." Thus, the Court has the authority to reduce a sentence for "extraordinary and compelling reasons." The reasons for the Court to consider compassionate release for Mr. Marcelle are plentiful.

First, Mr. Marcelle has made tremendous strides towards rehabilitation. The primary evidence of this is Mr. Marcelle's efforts to educate himself. In 2016, he enrolled at North County Community College and has obtained two degrees. Attached hereto as Exhibit A are a sampling of Mr. Marcelle's transcripts and courses. The first is in individual studies and the second in human service (so he could help his community by becoming a drug counselor upon release). Between the years 2019-20 he has taken over 20 classes and has achieved an overall 3.219 grade point average. Dating back to 2016, Mr. Marcelle has completed over 40 courses in areas such as: Philosophy, Sociology, Psychology, Leadership, Math, and more.  In spring 2020, Mr. Marcelle made the President's List for his academic achievement. Exhibit B.

Mr. Marcelle believes that this demonstrates to the Court his sincere desire to leave behind his former life. Previously, Mr. Marcelle did not take his education as seriously as he needed to and as a result, he felt he had few options but to engage in criminal behavior. However, having been separated from his family for more than 8 years, he used the time wisely so that upon his release he will have job opportunities. Importantly, one of the things that Mr. Marcelle wishes to pursue upon his release is being of service to the community. He believes his

past mistakes combined with his efforts to rehabilitate himself make him the ideal candidate to assist others and try to prevent them from making the same poor life choices he made. As such, Mr. Marcelle asks this Court to consider his post-offense rehabilitation and dedication to his education as a reason to grant him compassionate release.

Second, Mr. Marcelle has a job awaiting him upon his release. Mr. Marcelle has a friend, Melvin Johnson[1] of Tied Up Trucking, who has agreed to give Mr. Marcelle a job as a driver upon his release. Exhibit C, Letter of Melvin Johnson ("Darron will definitely be hired upon his release."). Mr. Johnson writes that his "mission is to help ex felons with another chance at succeeding out here on these streets like I was giving the chance." Id. Having a job lined up for his immediate future is one way in which Mr. Marcelle believes he can occupy his time so that he does not all into old patterns and backslide into criminal conduct.

Working in the trucking industry is step one of a two step plan Mr. Marcelle has in his mind. The second step, as is referenced above, is for him to enter the business of counseling at-risk individuals. Mr. Marcelle's studies have guided him to a place where he wants to help others avoid the mistakes he, himself, has made. Becoming a counselor to those in the community is his way of making amends for the troubles he caused in the past. For these reasons, Mr. Marcelle requests the Court grant him compassionate release.

Third, Mr. Marcelle is hoping to avoid contracting COVID-19. Although most of the world has the same hope, Mr. Marcelle finds himself in a high-risk category. Medical records supplied by FBC Raybrook demonstrate that over the course of time Mr. Marcelle has developed intermittent high blood pressure. The records demonstrate that numerous times since 2017, Mr. Marcelle has had blood pressure readings of scores higher than 130/80. Attached hereto as

---

[1] Mr. Johnson is, himself, a rehabilitated felon. He was also charged in the same indictment as Mr. Marcelle. However, since resolving his case he has embraced a law-abiding lifestyle. See Exhibit C.

Exhibit D are certain medical forms that show Mr. Marcelle's high blood pressure over the course of time. According to www.heart.org this places him in the category of Hypertension Stage 1. In the 8 years Mr. Marcelle has been in prison, his blood pressure has gotten worse and the jail/prison where he has lived have prescribed no medication for him.

 The CDC has stated that people suffering from untreated hypertension or high blood pressure might be at increased risks related to contracting COVID-19. Being in prison in a normal time is difficult, being incarcerated during this pandemic has been brutal. There can be no doubt but that the Court has heard the stories about lack of testing, 23-hour per day lockdowns, prisoners being given choices between showering or contacting their families and attorneys, no practical way to social distance, no gloves, and more. Mr. Marcelle has endured all of this and more. He seeks compassionate release from this Court because of the additional risk he faces of a severe case of COVID-19 due to his untreated, intermittent high blood pressure.  As such, Mr. Marcelle requests that this Court grant his request and allow his to serve the remainder of his sentence at home or on supervised release so that he can avoid any unnecessary risks.

 Finally, Mr. Marcelle's mother is getting older and is not in good health. His mother, for many years, was a drug addict. That lifestyle took a toll on her body and immune system. Mr. Marcelle believes that he needs to be home with her to help care for her. Mr. Marcelle's mother has lived a hard life and he worries that she will not survive this pandemic. In addition, Mr. Marcelle suggests to the Court that those who have cared for his mother while he has been in prison have born the burden long enough. Having rehabilitated himself, he wishes to be of assistance to his mother in a way that he could not have done 8 years ago.  And thus, he seeks compassionate release.

**Conclusion**

Mr. Marcelle believes he is a good candidate for compassionate release because he has, assuming credit for good time, served two thirds of his sentence. He has gone to great lengths to educate himself and shown dedication to the process by seeking two degrees and obtaining greater than a B average. He has a job lined up a plan for the future. Both will help him remain a law abiding citizen and help counsel others away from a life of crime. His health is at greater risk than the average inmate because of his intermittent hypertension. And it is undeniable that conditions all inmates, including Mr. Marcelle, are forced to live under are more adverse than at any time in recent memory. Finally, Mr. Marcelle would like to be able to assist others in caring for his mother as she gets older and pays the physical price for the life she previously lived. For all of these reasons, Mr. Marcelle respectfully requests that this Court, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), modify Mr. Marcelle's sentence and immediately release him to home confinement and a period of supervised release.

Dated: New York, New York
     April 30, 2021

                                                Respectfully submitted,

                                                MORVILLO PLLC

                                                Gregory Morvillo
                                                90 Broad St.
                                                New York, New York 10004
                                                (646) 831-1531
                                                GM@Morvillopllc.com

# EXHIBIT A

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: MARCELLE, DARRON 91948-054

Team Date: 04-01-2020

| | | | |
|---|---|---|---|
| Facility: | RBK RAY BROOK FCI | Proj. Rel. Date: | 01-04-2026 |
| Name: | MARCELLE, DARRON | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 91948-054 | DNA Status: | NYM02634 / 01-17-2013 |
| Age: | 42 | | |
| Date of Birth: | -1978 | | |

**Detainers**

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

**Pending Charges**

1995 Petit Larceny & Criminal Possession of Stolen Property - 5th Degree: No Disposition.

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RBK | DINE RM.PM | DINE RM.PM | 06-26-2017 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| RBK | ESL HAS | ENGLISH PROFICIENT | 05-02-2013 |
| RBK | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-02-2013 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| RBK | | SECOND CHANCE PELL | 01-03-2019 | CURRENT |
| RBK | | BUSINESS ORG & MAN M-5:30-8:00 | 02-04-2020 | CURRENT |
| RBK | | PER/FAM HEALTH M 12:30-3:30 | 01-22-2020 | CURRENT |
| RBK | | NATIVE AMER CULT T-12:30-3:30 | 01-23-2020 | CURRENT |
| RBK | | HUMAN SERV. DEL. R-5:30-8:00 | 01-23-2020 | CURRENT |
| RBK | | DEVELOPMENTAL PSYCH T-530-800 | 01-23-2020 | CURRENT |
| RBK | C | INTRO HUMAN SERV TH 12:30-3:30 | 08-30-2019 | 01-04-2020 |
| RBK | C | MEANINGS OF LIFE TR12:30-2:30 | 08-30-2019 | 01-04-2020 |
| RBK | C | SOC. OF ADDICTIONS T-5:30-8:00 | 08-30-2019 | 01-04-2020 |
| RBK | C | INTRO TO PSYCH SAT 12:00-3:00 | 08-30-2019 | 01-04-2020 |
| RBK | C | INTRO TO SOCIOLOGY 12:30-3:30 | 05-14-2019 | 08-21-2019 |
| RBK | C | LEADERSHIP T-12:30-3:30 | 05-14-2019 | 08-21-2019 |
| RBK | C | ELEMENTARY STATS W 7:30-10:30 | 05-14-2019 | 08-21-2019 |
| RBK | C | BASIC COUNS SKILLS M-1230-330 | 05-14-2019 | 08-21-2019 |
| RBK | C | PSY PER GROWTH T 5:30-8:00 | 01-11-2019 | 05-30-2019 |
| RBK | C | ENVIRONMENTAL SCI T 12:30-3:30 | 01-11-2019 | 05-30-2019 |
| RBK | C | ENGLISH COMP 1 MW 12:30-2:30 | 01-11-2019 | 05-28-2019 |
| RBK | C | INTRO MATH CONCEPTS M-730-1030 | 01-11-2019 | 05-28-2019 |
| RBK | C | AVP ADVANCED | 02-20-2018 | 02-22-2018 |
| RBK | W | MAN-UP- GROWTH & PERS. CHANGE | 11-16-2017 | 01-25-2018 |
| RBK | C | AVP BASIC | 11-28-2017 | 11-30-2017 |
| RBK | W | 0730 BUSINESS WORD 1 | 07-25-2017 | 11-06-2017 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-20-2017 |
| CARE1-MH | CARE1-MENTAL HEALTH | 01-17-2013 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 01-17-2013 |


**Individualized Reentry Plan - Program Review (Inmate Copy)** SEQUENCE: 01807293
Dept. of Justice / Federal Bureau of Prisons Team Date: 04-01-2020
Plan is for inmate: MARCELLE, DARRON 91948-054

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 04-20-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-27-2020 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| DAP NO INT | DRUG ABUSE PROGRAM NO INTEREST | 05-16-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-02-2018 |
| NR COMP | NRES DRUG TMT/COMPLETE | 01-24-2018 |

**FRP Details**

| Most Recent Payment Plan |
|---|

*** NO FRP DETAILS ***

**FRP Assignment:** **NO OBLG** **FINANC RESP-NO** **Start: 04-20-2017**

Payments past 6 months: **$0.00** Obligation Balance: **$200.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $200.00 | $200.00 | DEFERRED | NEVER PLAN |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Payment Details**

Trust Fund Deposits - Past 6 months: $3,780.00 Payments commensurate ? N/A

New Payment Plan: ** No data **

**Progress since last review**

He is still enrolled in the Pell Program full time(no details provided).

He is assigned to DINE RM PM and receives "average" work performance ratings.

He currently has a balance of $5800.00 in his pre release savings account (six months deposits: $4180/six months withdrawals: $2060).

**Next Program Review Goals**

-Continue attending college.

-Receive "good" work performance ratings.

-Continue saving at least $20-$30 a month in pre release savings account.

**Long Term Goals**

-Earn an Associate's Degree by January 2021.

-Have an additional $120-$180 saved by October 2020.

-Obtain a Social Security Card and birth certificate at least 17-19 months prior to release.

**RRC/HC Placement**

No.
Management decision - He will be considered 17-19 months prior to release.

**Comments**

Claims he has paperwork to clear unknown disposition charge. Will provide to case manager later.

Finance/Poverty Need Screen
Is there documentation in the PSR of any of the following?
_N_ Any history of Bankruptcy
_N_ No bank account
_Y_ No assets nor liabilities noted in PSR
_N_ Debts noted in Credit Report or other sources
_N_ Tax Liabilities/back taxes
_N_ Unpaid alimony/child support
_N_ other indications of lack of financial management skills (specify)

________________________________________

YES __X____ NO ________(if any of the above, check yes)

Sentry Data as of 03-29-2020 Individualized Reentry Plan - Program Review (Inmate Copy) Page 2 of 4

REGISTER NO: 91948-054 NAME..: MARCELLE FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: RBK-RAY BROOK FCI

--------------------------- EDUCATION INFORMATION ---------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| RBK | ESL HAS | ENGLISH PROFICIENT | 05-02-2013 1030 | CURRENT |
| RBK | GED HAS | COMPLETED GED OR HS DIPLOMA | 05-02-2013 1030 | CURRENT |

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| RBK | SECOND CHANCE PELL | 01-03-2019 | 09-22-2020 | P | C | P | 1 |
| RBK | INTRO TO NUTRITION | 06-30-2020 | 09-19-2020 | P | C | P | 39 |
| RBK | PHILOSOPHICAL ISSUES | 06-30-2020 | 09-19-2020 | P | C | P | 39 |
| RBK | ABNORMAL PYSCHOLOGY TR1230-330 | 06-30-2020 | 09-19-2020 | P | C | P | 39 |
| RBK | SOCIOLOGY OF FAM. R-12:30-3:30 | 06-30-2020 | 09-19-2020 | P | C | P | 39 |
| RBK | BUSINESS ORG & MAN M-5:30-8:00 | 02-04-2020 | 06-24-2020 | P | C | P | 39 |
| RBK | PER/FAM HEALTH M 12:30-3:30 | 01-22-2020 | 06-24-2020 | P | C | P | 39 |
| RBK | NATIVE AMER CULT T-12:30-3:30 | 01-23-2020 | 06-24-2020 | P | C | P | 39 |
| RBK | DEVELOPMENTAL PSYCH T-530-800 | 01-23-2020 | 06-24-2020 | P | C | P | 39 |
| RBK | HUMAN SERV. DEL. R-5:30-8:00 | 01-23-2020 | 06-24-2020 | P | C | P | 39 |
| RBK | INTRO HUMAN SERV TH 12:30-3:30 | 08-30-2019 | 01-04-2020 | P | C | P | 39 |
| RBK | MEANINGS OF LIFE TR12:30-2:30 | 08-30-2019 | 01-04-2020 | P | C | P | 39 |
| RBK | SOC. OF ADDICTIONS T-5:30-8:00 | 08-30-2019 | 01-04-2020 | P | C | P | 39 |
| RBK | INTRO TO PSYCH SAT 12:00-3:00 | 08-30-2019 | 01-04-2020 | P | C | P | 39 |
| RBK | INTRO TO SOCIOLOGY 12:30-3:30 | 05-14-2019 | 08-21-2019 | P | C | P | 39 |
| RBK | LEADERSHIP T-12:30-3:30 | 05-14-2019 | 08-21-2019 | P | C | P | 39 |
| RBK | ELEMENTARY STATS W 7:30-10:30 | 05-14-2019 | 08-21-2019 | P | C | P | 39 |
| RBK | BASIC COUNS SKILLS M-1230-330 | 05-14-2019 | 08-21-2019 | P | C | F | 39 |
| RBK | PSY PER GROWTH T 5:30-8:00 | 01-11-2019 | 05-30-2019 | P | C | P | 39 |
| RBK | ENVIRONMENTAL SCI T 12:30-3:30 | 01-11-2019 | 05-30-2019 | P | C | P | 39 |
| RBK | ENGLISH COMP 1 MW 12:30-2:30 | 01-11-2019 | 05-28-2019 | P | C | P | 39 |
| RBK | INTRO MATH CONCEPTS M-730-1030 | 01-11-2019 | 05-28-2019 | P | C | P | 39 |
| RBK | AVP ADVANCED | 02-20-2018 | 02-22-2018 | P | C | P | 22 |
| RBK | MAN-UP- GROWTH & PERS. CHANGE | 11-16-2017 | 01-25-2018 | P | W | V | 0 |
| RBK | AVP BASIC | 11-28-2017 | 11-30-2017 | P | C | P | 20 |
| RBK | 0730 BUSINESS WORD 1 | 07-25-2017 | 11-06-2017 | P | W | V | 22 |
| BRO M | SHU HEALTH | 02-12-2017 | 02-15-2017 | P | C | P | 3 |
| BRO M | PARENTING PRE-TRIAL EFFECTS | 01-30-2017 | 01-30-2017 | P | C | P | 2 |
| BRO M | FINANCE PRE-TRIAL | 11-28-2016 | 12-16-2016 | P | C | P | 12 |
| BRO M | ORIGAMI | 05-10-2016 | 06-07-2016 | P | C | P | 5 |
| BRO M | CARD MAKING | 05-01-2016 | 05-29-2016 | P | C | P | 5 |
| BRO M | YOGA/STRESS REDUCTION PRGM | 04-06-2016 | 05-04-2016 | P | C | P | 10 |
| BRO M | CHESS LEVEL 2 | 03-06-2016 | 04-17-2016 | P | C | P | 14 |
| BRO M | HEALTH EDUCATION PROGRAM | 03-03-2016 | 03-31-2016 | P | C | P | 10 |
| BRO M | ANGER MANAGEMENT | 12-16-2015 | 03-07-2016 | P | C | P | 24 |
| NYM M | ANGER MGT. TRAINING UNIT MGT. | 07-01-2015 | 12-07-2015 | P | C | P | 8 |
| NYM M | MOTH STORY TELLING | 04-04-2015 | 06-05-2015 | P | C | P | 6 |
| NYM M | BEGINNING SKETCHING | 08-11-2014 | 09-15-2014 | P | C | P | 6 |
| NYM M | INDEPEN STUDY GREAT APES | 09-15-2014 | 09-15-2014 | P | C | P | 1 |
| NYM M | INDEPEN STUDY AFRICAN WILDLIFE | 06-01-2013 | 06-01-2013 | P | C | P | 1 |

REGISTER NO: 91948-054 NAME..: MARCELLE FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: RBK-RAY BROOK FCI

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| NYM M | IND STUDY CROCODILE FEAST | 05-15-2013 | 05-15-2013 | P | C | P | 1 |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

23 Santanoni Avenue
P O Box 89
Saranac Lake NY 12983-0089
518-891-2915
518-891-4236

/1/2020

## STUDENT ADVISOR TRANSCRIPT

Page 1 of 1

**Student Name :** Marcelle, Darron

**Student ID :** 138065

**Provided Solely for:**
Marcelle, Darron
128 Ray Brook Road
Ray Brook NY 12977
United States

Major: AAS Individual Studies (SL)
Advisor: _CF-FCI

*** Undergraduate ***

**Term: SP-19**

| | | | | |
|---|---|---|---|---|
| IO | 104 | Environ Science | 3.00 | A |
| NG | 101 | English Comp I | 3.00 | B+ |
| AT | 120 | Intro Math Concepts | 3.00 | A |
| SY | 130 | Psych of Personal Growth | 3.00 | B+ |
| alidation: President's List - , | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 43.80 | 3.650 |
| CUM: | 12.00 | 12.00 | 12.00 | 43.80 | 3.650 |

**Term: SU-19**

| | | | | |
|---|---|---|---|---|
| US | 201 | Basic Counseling Skills | 3.00 | C+ |
| AT | 121 | Elementary Statistics | 3.00 | C |
| SY | 105 | Leadership | 3.00 | A |
| OC | 101 | Introductory Sociology | 3.00 | A |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 36.90 | 3.075 |
| CUM: | 24.00 | 24.00 | 24.00 | 80.70 | 3.363 |

**Term: FA-19**

| | | | | |
|---|---|---|---|---|
| US | 101 | Intro to Human Services | 3.00 | C |
| HI | 140 | Meanings of Life | 3.00 | C |
| SY | 101 | Introductory Psychology | 3.00 | B |
| OC | 107 | Sociology of Addiction | 3.00 | B+ |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 30.90 | 2.575 |
| CUM: | 36.00 | 36.00 | 36.00 | 111.60 | 3.100 |

**Term: SP-20**

| | | | | |
|---|---|---|---|---|
| cademic Standing: Good Academic Standing - , | | | 0.00 | -- |
| US | 100 | Business Organization and Management | 3.00 | A |
| ED | 100 | Personal & Family Health | 3.00 | A- |
| UM | 106 | Native American Culture | 3.00 | B+ |
| US | 200 | Human Services Delivery | 3.00 | A |
| SY | 202 | Developmental Psychology | 3.00 | B- |
| alidation: President's List - , | | | 0.00 | -- |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 15.00 | 15.00 | 15.00 | 53.10 | 3.540 |
| CUM: | 51.00 | 51.00 | 51.00 | 164.70 | 3.229 |

**Term: SU-20**

| | | | | |
|---|---|---|---|---|
| HED | 102 | Intro Nutrition | 3.00 | B |
| PHI | 100 | Philosophical Issues | 3.00 | A- |
| PSY | 203 | Abnormal Psychology | 3.00 | C |
| SOC | 109 | Sociology of Family | 3.00 | A |

| | ATT | ERN | HRS | PTS | GPA |
|---|---|---|---|---|---|
| TERM: | 12.00 | 12.00 | 12.00 | 38.10 | 3.175 |
| CUM: | 63.00 | 63.00 | 63.00 | 202.80 | 3.219 |

*** End of Undergraduate ***

The Family Educational Rights and Privacy Act of 1974 (as amended) prohibits the release of this information without the student's written consent. An official transcript must include the signature of the registrar and the raised seal of the college. This document reports academic information only.

# EXHIBIT B

NORTH COUNTRY COMMUNITY COLLEGE
THE STATE UNIVERSITY OF NEW YORK

SARANAC LAKE | MALONE | TICONDEROGA

June 24, 2020

Dear Marcelle, Darron

On behalf of all us at North Country Community College, please accept my heartfelt congratulations on being named to the President's List at North Country Community College for the Spring 2020 semester! It takes much in the way of effort and commitment to one's studies to perform at such a high level and it is gratifying to all of us to witness and celebrate your success.

In addition to receiving this letter, notice of your placement on the President's List will become part of your permanent record.

Best wishes for continued success in the future.

Sincerely,

Joe Keegan

Joe Keegan
President

JK: lm

Advisor: SCP Team Members

# EXHIBIT C

Dear Judge Castel,

   My name is Melvin Johnson and I'm writing this letter on the behalf of Darron Marcelle .
    I met Darron at around the age of 12yrs old. Me and Darron on numerous occasions talked about life and bettering  ourselves and others.
We both came up in a drug infested neighborhood, and we both fell victim to these conditions.
But as we grown into adulthood we've both learned and see there is a different way to live. Every one can change and I definitely hear the growth in my friend since he's been in prison. And I know him so I know it's not just prison talk. Darron has a great spirit as well as a great sense of humor. I know he has worked hard to educate himself and make changes.  And I know if I can change my way of thinking in such short time, I know for a fact that he has and will do the same as I have,and be a positive role model to his community.
Since being home I've been driving tractor trailers for about 20 months now. I received my CDL in aug 2019 and haven't looked back yet, I've recently started my own company in trucking last year of aug 2020. My mission is to help ex felons with another chance at succeeding out here on these streets like I was giving the chance. So on my spare time I train and teach guys how to go about getting their license and I've also hired a few guys for dispatch work as well as drivers. If given the opportunity Darron will definitely be hired upon his release. Mainly because I know who he is. A hard worker, and dedicated to what he believes in.
Sincerely,
Melvin Johnson

# EXHIBIT D

[REDACTED]