UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              13-cr-17 (PKC)

-against-                               ORDER

DARRON MARCELLE,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to defendant's application for relief under 18 U.S.C. § 3582(c) by May 26, 2021. The defendant may reply by June 3, 2021.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
         May 6, 2021